**Order entered September 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00506-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**BROOKE SAMARA ISBELL, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. M14-51803**

## ORDER

Appellee's August 31, 2015 second motion to extend the time to file appellee's brief is

**GRANTED**. The time to file appellee's brief is **EXTENDED** to **TEN DAYS** from the date of

this order.

/s/    LANA MYERS
        JUSTICE